**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis G. Valencia,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>M. Evans, et al.,<br><br>　　　　　Defendants. | No.  CIV 05-1813-PHX-FJM (DKD)<br><br>**ORDER** |

　　　　Pending before the Court are Plaintiff's Motion for Appointment of Counsel (Doc. #21), Request for Special Order (Doc. #24), and Petition for Leniency for Failure to Reply to Defendant's Answer (Doc. #25).

**A.　　Appointment of Counsel**

　　　　On August 15, 2005 (Doc. #3) Plaintiff requested that counsel be appointed.  Plaintiff's request was denied on October 20, 2005 (#5).  Plaintiff again is requesting that this Court appointment counsel because he lacks legal training, cannot afford counsel, and because the issues in this matter are complex.  (*Id.*)  Plaintiff still has not demonstrated a likelihood of success on the merits, nor has he shown that he is experiencing difficulty in litigating this case because of the complexity of the issues involved.  Moreover, Plaintiff's numerous filings with the Court as well as the pending motion, indicate that Plaintiff is capable of presenting legal and factual arguments to the Court.  After reviewing the file, the Court determines that this case does not present exceptional circumstances requiring the appointment of counsel.

**B.     Request for Special Order**

In Plaintiff's request, he is requesting that this Court permit him to possess a typewriter and tape recorder.  Pursuant to ADOC Department Order 909, Plaintiff is not authorized to possess these items.  Moreover, Plaintiff's previous request to possess a typewriter (Doc. #6) was denied on May 18, 2006 (Doc. #26) because it appears that Plaintiff did not comply with Rule 65, Federal Rules of Civil Procedure.  Just as before, it does not appear that Plaintiff provided service of his Motion upon Defendants nor certified the reasons why notice to Defendants should not be required.  Therefore, Plaintiff's request will be denied.

**C.     Petition for Leniency for Failure to Reply to Defendant's Answer**

The Court will construe Plaintiff's Petition for Leniency for Failure to Reply as a request for leave to file a response to Defendants' Answer.  Pursuant to Rule 7(a), Federal Rules of Civil Procedure:

> There shall be a complaint and an answer; a reply to counterclaim denominated as such; and an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint; if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

The Court has not ordered that a response to the answer be filed.  Accordingly, Plaintiff's request will be denied.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for the Appointment of Counsel (Doc. #21) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** denying Plaintiff's Request for Special Order (Doc. #24).

**IT IS FURTHER ORDERED** denying Plaintiff's Petition for Leniency for Failure to Reply to Defendant's Answer (Doc. #25).

DATED this 23rd day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge