**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis G. Valencia,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M. Evans, et al.,<br><br>　　　　Defendants. | No. CIV 05-1813-PHX-FJM (DKD)<br><br>**ORDER** |

Service packets upon Defendants Emmert, Sabbaga, Bryer, and Tucker have been returned unexecuted (Doc. #7, 8, 9, 17, respectively). However, it is unclear whether the above listed Defendants may have been transferred to other facilities.

Accordingly, defense counsel will be required to advise the court and Plaintiff regarding this matter. If Defendants Emmert, Sabbaga, Bryer, and Tucker are still employed with the ADOC, Defendants shall provide that information to Plaintiff. If Defendants Emmert, Sabbaga, Bryer and Tucker are no longer employed by the ADOC, Defendants shall provide their last known home addresses to the Court <u>UNDER SEAL</u>.

**IT IS THEREFORE ORDERED THAT**:

1. Within ten (10) days from the date this Order is filed, Defendants shall provide Plaintiff with Defendant Emmert, Sabbaga, Bryer, and Tucker's current work location if said Defendants are still employed with the ADOC. If Plaintiff is provided this information, he shall prepare and return a service packet to the Clerk of the Court for each Defendant. The Clerk of the Court is further directed to send service packets as to each Defendant to Plaintiff. If

1 Defendants Emmert, Sabbaga, Bryer, and Tucker are no longer employed with the ADOC,
2 Defendants shall file <u>UNDER SEAL</u> Defendants Emmert, Sabbaga, Bryer, and Tucker's last
3 known home addresses.  Upon receipt of that information, the Clerk of the Court shall prepare
4 and send to the U.S. Marshal a service packet for service of the Summons and Complaint upon
5 Defendants Emmert, Sabbaga, Bryer, and Tucker.

6     2.  The time for completing service shall be extended sixty (60) days from the date this
7 Order is filed.

8     DATED this 23rd day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -